FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D20-3515
_____

NAKIA CAMPBELL,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.


September 23, 2021


PER CURIAM.

The petition alleging ineffective assistance of appellate
counsel is denied on the merits.

ROWE, C.J., and LEWIS and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Nakia Campbell, pro se, Petitioner.

Ashley Moody, Attorney General, and David Welch, Assistant Attorney General, Tallahassee, for Respondent.